**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 0:15-cv-61467-BB

EDUARDO PAGAZANI,

      Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

      Defendants.

_____/

## PLAINTIFF'S RESPONSE IN OPPOSITION TO
## BANK OF AMERICA'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff, EDUARDO PAGAZANI, (*hereinafter* Plaintiff), by and through

counsel, and hereby respectfully files his response in opposition to Defendant, BANK OF

AMERICA, N.A.'s (*hereinafter* Defendant or "Bank") Memorandum of Law and Motion for

Summary Judgment (ECF No. 22). In support of this Response, Plaintiff states as follows:

## FACTUAL BACKGROUND

Plaintiff filed his Complaint against the Defendants alleging violation of the Fair Credit

Reporting Act ("FCRA") 15 U.S.C. § 1681 et seq. In his Complaint, Mr. Pagazani made the

following factual allegations:

    1. On January 1, 2008, Yoryeris Pagazani, spouse of Plaintiff, opened a Bank of
America Master Card with the Account number XXXXXXX9990XXXX and listed
Plaintiff, EDUARDO PAGAZANI, as an authorized signer on the account. On March 23,
2005 and April 1, 2007 Mrs. Pagazani also opened two Bank of America Credit Cards with
account numbers XXXXXXXX9715XXXX and XXXXXXX9989XXXX respectively.

    2. On March 31, 2014, Plaintiff, EDUARDO PAGAZANI (*hereinafter* Plaintiff),
reviewed his credit report online and discovered that BANK OF AMERICA was
wrongfully reporting Yoryeris Pagazani's above-mentioned Bank of America Accounts on
Plaintiff's credit report. Specifically, EQUIFAX represented that the accounts were "Bad

**Jonathan Kline, P.A.  ●  Attorneys at Law**
**2761 Executive Park Drive, Weston, Florida 33331  ●  Telephone: (954) 888 – 4646  ●  Facsimile: (954) 888 – 4647**
**Designated Email Service Address: emailservice@jklawfl.com**

debt & placed for collection & skip". **Attached as exhibit A is a copy of the relevant pages of Plaintiff's merged consumer report as of March 31, 2014.**

3. On or about August 11, 2014, Plaintiff, by and through undersigned counsel, disputed in writing, the information BANK OF AMERICA reported to EQUIFAX regarding the above mentioned accounts. **Attached as Exhibit B are copies of Plaintiff's August 11, 2014 correspondence to EQUIFAX.**

4. On or about August 21, 2014 EQUIFAX responded to Plaintiff's counsel's correspondence requesting a copy of documents showing Plaintiff's identification and social security number as well as a copy of a document showing Plaintiff's mailing address. **Attached as Exhibit C is a copy of EQUIFAX's August 21, 2014 correspondence to Plaintiff's counsel.**

5. On March 30, 2015, Plaintiff, by and through undersigned counsel, again disputed in writing, the information BANK OF AMERICA reported to EQUIFAX and included in the correspondence Plaintiff's name and social security number as requested by EQUIFAX's August 21, 2014 correspondence. **Attached as Exhibit D is a copy of Plaintiff's March 30, 2015 correspondence to EQUIFAX.**

6. It is undisputed that EQUIFAX received Plaintiff's dispute letters. **Attached as Exhibit E is a copy of the U.S. Postal Proof of mailing and receipt.**

7. On or about April 9, 2015 EQUIFAX responded to Plaintiff's March 30, 2015 correspondence once again requesting Plaintiff's name, current address, and Social Security number. **Attached as Exhibit F is a copy of EQUIFAX's April 9, 2015 correspondence to Plaintiff's counsel.**

8. On May 20, 2015, Plaintiff once again reviewed his credit report online and discovered that EQUIFAX had removed the accounts bearing account the account numbers XXXXXXXX9715XXXX and XXXXXXX9989XXXX but continued to wrongfully report Yoryeris Pagazani's January 1, 2008 Bank of America Account bearing account number XXXXXXX9990XXXX on Plaintiff's credit report. Again, EQUIFAX continued to represent that the account was "Bad debt & placed for collection & skip". **Attached as Exhibit G is a copy of the relevant pages of Plaintiff's merged consumer report as of May 20, 2015.**

9. EQUIFAX's credit reports are "consumer reports" according to 15 U.S.C. § 1681a(d)(1).

10. As a result of Defendant's actions, Plaintiff hired the undersigned counsel in order to force compliance with the Fair Credit Reporting Act and demanded a Jury Trial in this action.

11. As a result of the reporting of the credit accounts information in the consumer reports, Plaintiff has suffered damage by loss of credit, loss of ability to purchase and

**Jonathan Kline, P.A.  ●  Attorneys at Law**
**2761 Executive Park Drive, Weston, Florida 33331  ●  Telephone: (954) 888 – 4646  ●  Facsimile: (954) 888 – 4647**
**Designated Email Service Address: emailservice@jklawfl.com**

benefit from credit, diminished credit reputation, decreased credit score, monetary losses relating to credit denials, loss of use of funds, and loss of credit and loan opportunities. As a result of the reporting of the credit information in the consumer reports, Plaintiff has also suffered mental and emotional pain, humiliation and embarrassment. *See* **Exhibit H, Affidavit of Eduardo Pagazani.**

(Also *See* ECF No. 1).

## INTRODUCTION

The Bank claims that the "undisputed" evidence is "that the Bank reported that Plaintiff was an authorized user of the Account and the Bank has never reported that he was an obligor." This evidence and line of argumentation are misguided, attempt to shirk the primary dispute before the Court, and remain without merit. Defendant's continued focus on the "authorized user" status of the Plaintiff is too narrowly focused. The Bank clearly failed to conduct a reasonable investigation and the Defendant is not entitled to entry of summary judgment on Plaintiff's claims.

## LEGAL STANDARD

In considering a motion for summary judgment, the Court is required to view the facts and inferences in the light most favorable to the non-moving party.  *Anderson*, 477 U.S. at 255. Under Rule 56, the moving party is entitled to summary judgment if there is no genuine issue of material fact, and the party is entitled to judgment as a matter of law.  Fed. R. Civ. P. 56(c). "An issue is genuine if 'a reasonable trier of fact could return judgment for the non- moving party.'" *Certain Underwriters at Lloyds, London v. Waveblast Watersports, Inc.*, 80 F. Supp. 3d 1311, 1316 (S.D. Fla. 2015). "A fact is material if it 'might affect the outcome of the suit under the governing law.'" *Id*. (quoting *Anderson*, 477 U.S. at 247-48).  *See also Matsushita Elec. Indus. Co. Zenith Radio Corp.*, 475 U.S. 574, 586 (1986). Accordingly, "the standard for summary judgment mirrors that for a directed verdict: 'whether the evidence presents a sufficient disagreement to require submission to a jury or whether it is so one-sided that one party must

**Jonathan Kline, P.A.  ●  Attorneys at Law**
**2761 Executive Park Drive, Weston, Florida 33331  ●  Telephone: (954) 888 – 4646  ●  Facsimile: (954) 888 – 4647**
**Designated Email Service Address: emailservice@jklawfl.com**

prevail as a matter of law.'" *Soloski v. Adams*, 600 F. Supp. 2d 1276, 1335 (N.D. Ga. 2009) (quoting *Anderson*, 477 U.S. at 259).

## <u>ARGUMENT</u>

Defendant, BANK OF AMERICA, seeks to Summary Judgment of the complaint by substantially restating the arguments set forth in Defendant's Motion to Dismiss (ECF No. 12). Plaintiff proceeds to provide argumentation that the "Bank cannot be held liable under the FCRA for reporting an undisputedly true fact to the CRAs." These arguments are misguided, attempt to shirk the primary dispute before the Court, and remain without merit. Defendant's continued focus on the "authorized user" status of the Plaintiff is too narrowly focused. As brought to the Court's attention in Plaintiff's Response to Defendant's Motion to Dismiss (ECF No. 15), the Court in *Gorman v. Wolpoff & Abramson, LLP*, 584 F.3d 1147, found that "A credit entry can be incomplete or inaccurate within the meaning of the Fair Credit Reporting Act…because it is patently incorrect, or because it is misleading in such a way and to such an extent that is can be expected to adversely affect credit decisions." In *Gorman* the Court also goes on to write "A consumer's failure to pay a debt that is not really due does not reflect financial irresponsibility and thus the omission of the disputed nature of a debt could render the information sufficiently misleading so as to be incomplete or inaccurate with the meaning of the Fair Credit Reporting Act, 15 U.S.C.S. § 1681 et seq." Here, the Plaintiff has suffered damage by loss of credit, loss of ability to purchase and benefit from credit, diminished credit reputation, decreased credit score, monetary losses relating to credit denials, loss of use of funds, and loss of credit and loan opportunities. The Plaintiff has also endured mental and emotional pain, humiliation and embarrassment. These damages were and remain avoidable, however the Defendants refuse to correct the erroneous information despite repeated requests to do so.

**Jonathan Kline, P.A.** ● **Attorneys at Law**
**2761 Executive Park Drive, Weston, Florida 33331 ● Telephone: (954) 888 – 4646 ● Facsimile: (954) 888 – 4647**
**Designated Email Service Address: emailservice@jklawfl.com**

In the present case, the Plaintiff has clearly and specifically alleged that a dispute was made regarding the reporting of an account bearing the numbers "9990" to EQUIFAX, an "CRA". After the initial dispute letters were provided to EQUIFAX, it began an investigation and notified Bank of America of the dispute. The instant dispute is related, in part, to Bank of America's failure to conduct an adequate investigation, which if conducted would have produced evidence that the account in question lists the Plaintiff as an Authorized user for an account that was discharged in a Bankruptcy proceeding of the primary Card Holder.

The Plaintiff has not contested his status as an "authorized" user. Moreover, the Defendant has provided sufficient factual content to allow the Court to make the necessary determinations. In *Johnson v. MBNA Am. Bank*, NA, 357 F.3d 426, a case which is substantially similar to the case at bar, the Appellate Court found that the Bank did not conduct a reasonable investigation. Here Plaintiff argues that, given the Bank was notified of the Bankruptcy filed by the primary Card Holder, the account in question should have contained notes reflecting the Bankruptcy and subsequent Bankruptcy discharge. After the Plaintiff produced the dispute letters and the Bank was notified of the same, the Bank should have conducted a reasonable investigation from which it should have easily ascertained that the account had been discharged and the reporting of the account was improper.

Bank's Motion also fails to address the district court opinion in the Eleventh Circuit that rejected the exact argument set forth in Defendant's Motion. *See Abbett v. Bank of America*, 2006 WL 581193, at *6 (M.D. Ala. March 8, 2006) (discussing *Melwani v. First USA Bank, N.A.*, 96 Fed. App'x 755, 756 (2d Cir. Apr. 28, 2004)). The *Abbett* Court was making a ruling premised upon a Motion for Summary Judgment and *Abbett* also involved a spouse who was added as an authorized user to his wife's account, suing BoA under the FCRA for furnishing information to a

**Jonathan Kline, P.A.  ●  Attorneys at Law**
**2761 Executive Park Drive, Weston, Florida 33331  ●  Telephone: (954) 888 – 4646  ●  Facsimile: (954) 888 – 4647**
**Designated Email Service Address: emailservice@jklawfl.com**

CRA who reported his wife's debt on his credit report. The *Abbett* Court found the following, which was adopted by this Honorable Court (*See* ECF No. 20):

> First, the success of Bank of America's argument is contingent on its framing of the issue and the assumption that it asks this Court to make: that the basis for all of Mr. Abbett's claims is that Bank of America's reporting of him was inaccurate solely because he is merely an authorized user. The argument fails because the plain language of the Complaint, as well as the evidence submitted in opposition to summary judgment, shows other bases for his claims. In any event, none of the remaining claims relate to reporting to CRAs. Second, the Court is unaware of, nor has Bank of America offered up, any authority supporting the proposition that the regulations promulgated by a federal agency under one federal act (ECOA) could "preempt" the entire legislative scheme under another federal act (FCRA). This Court assumes, without deciding, that a regulation that conflicts with a statute under which it was not promulgated is invalid or, at the very least, must yield to the statute. Moreover, the Board has recognized, albeit in the context of disclosures, that the ECOA and the FCRA impose different requirements on creditors and that the requirements of [] both of the Acts must be met. This Court cannot ignore the plain language of the FCRA or place a higher value on one statute over another. Taking the action that Bank of America requests would not satisfy the purposes of either the ECOA or the FCRA. Whatever tension exists between the statutes and their regulations must be resolved by Congress and not this Court.

*Id.* (citing 12 C.F.R. Pt. 202, Supp. I § 202.4, paragraph 9(b)(2) ("Combined ECOA-FCRA disclosures")).

## CONCLUSION

Plaintiff's credit report continues to falsely report an account even though he is merely an authorized user on the account. In addition, Defendant's continued myopic focus on the indication that Mr. Pagazani is an authorized user on the accounts misses the impact of its statements.  In fact, Mr. Pagazani owes no balance on the accounts. Accordingly, the Bank of America account(s) have  no  place  on  Plaintiff's  credit  report. By including information regarding the Bank of America account(s) on Plaintiff's credit report, Mr. Pagazani's credit rating has suffered; thereby constituting a viable claim under 15 U.S.C. § 1681s-2(b). The Plaintiff has provided sufficient allegations, statements, and documents to evidence that it has complied

Page 6 of 8

**Jonathan Kline, P.A.  ●  Attorneys at Law**
**2761 Executive Park Drive, Weston, Florida 33331  ●  Telephone: (954) 888 – 4646  ●  Facsimile: (954) 888 – 4647**
**Designated Email Service Address: emailservice@jklawfl.com**

with all conditions precedent to the filing of this action. The Bank has not adequately supported

its motion and has failed to counter the allegations, statements, and evidence before the Court. The

Plaintiff has provided well more than a "scintilla of evidence" or "unsupported speculation" in this

matter. The Plaintiff continues to produce numerous genuine issues, all of which are sufficient to

allow "a reasonable trier of fact [to] return judgment [in favor of] the non-moving party." *Certain

Underwriters at Lloyds, London v. Waveblast Watersports, Inc.*, 80 F. Supp. 3d 1311, 1316 (S.D.

Fla. 2015).

      **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court enter an Order

denying Defendant Bank of America, N.A.'s Motion for Summary Judgment and providing

Plaintiff with any other relief that is appropriate and just.

           *Respectfully Submitted,*

           By: */s/ Jonathan H. Kline*_____
           JONATHAN KLINE, ESQ.
           Fla. Bar No.: 6092
           **JONATHAN KLINE, P.A.**
           2761 Executive Park Drive
           Weston, FL 33331
           Telephone: (954) 888 – 4646
           Facsimile: (954) 888 – 4647
           Service E-mail Address:
           emailservice@jklawfl.com
           *Counsel for Plaintiff*

**Jonathan Kline, P.A.**  ●  **Attorneys at Law**
**2761 Executive Park Drive, Weston, Florida 33331  ●  Telephone: (954) 888 – 4646  ●  Facsimile: (954) 888 – 4647**
**Designated Email Service Address: emailservice@jklawfl.com**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this January 8, 2016, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record in the manner specific via transmission of Notices of Electronic Filing generated by CM/ECF.

By: <u>/s/ *Jonathan H. Kline*</u>
JONATHAN KLINE, ESQ.

Jonathan Kline, P.A.  ●  Attorneys at Law
2761 Executive Park Drive, Weston, Florida 33331  ●  Telephone: (954) 888 – 4646  ●  Facsimile: (954) 888 – 4647
Designated Email Service Address: emailservice@jklawfl.com

# EXHIBIT A

Copy of Relevant Pages of Plaintiff's Merged
Consumer Report as of March 31, 2014.

Balance:                          $0
Show Detail

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **BK OF AMER** | | | |
| Account Name: | No match found. | No match found. | BK OF AMER |
| Account #: | | | 2XX |
| Payment Status: | | | Charged off as bad debt |
| Account Type: | | | Credit Card |
| Balance: | | | $0 |

Show Detail

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **BANK OF AMERICA (800) 421-2110** | | | |
| Account Name: | No match found. | BANK OF AMERICA | No match found. |
| Account #: | | 9990XXXX | |
| Payment Status: | | Bad debt & placed for collection & skip | |
| Account Type: | | Unknown | |
| Balance: | | $0 | |

Show Detail

| | Experian | Equifax | TransUnion |
|---|---|---|---|

Closed
**BMW FIN SVC (800) 578-5000**

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name: | No match found, | No match found. | BMW FIN SVC |
| Account #: | | | XXXX |
| Payment Status: | | | Paid or paying as agreed |
| Account Type: | | | Installment Loan |
| Balance: | | | $0 |

Show Detail

| | Experian | Equifax | TransUnion |
|---|---|---|---|

Closed
**BMW FINANCIAL SERVICES (800) 578-5000**

# EXHIBIT B

Copies of Plaintiff's August 11, 2014
Correspondence to EQUIFAX.



# Jonathan Kline, P.A.
## Attorneys at Law

Jonathan H. Kline
Stephanie M. Taylor
Steve J. Thompson
Rachel Bentley
Garrett W. McIntyre

August 11, 2014

Equifax Information Solutions AKA Equifax Information Services, LLC AKA Equifax
Consumer Dispute Center
P.O. Box 740256
Atlanta, GA 30374-0256

**SENT VIA CERTIFIED MAIL**
**RETURN RECEIPT NO.: 7012 2920 0002 3462 8325**

Re:   Consumer:   Eduardo A Pagazani
      Account:    BANK OF AMERICA 9990XXXX
      Amount:     $0

To Whom It May Concern:

This office represents Eduardo A. Pagazani.  We are writing to inform you that there is an
inaccurate debt listed on Eduardo Pagazani's credit report for the above stated account. Said
listing falsely represents that the amount set forth above was charged off as bad debt and placed
for collection and skip. Eduardo Pagazani is merely an "Authorized Signer" for the above-
mentioned account. The account is not his and should not be reflected on his credit report.

The purpose of this letter is to not only to dispute the inaccurate information reflected on Mr.
Pagazani's credit report or credit file, but to put you on notice that in posting this information
you are in violation of the Fair Credit Reporting Act. Specifically, you are in violation of 15
U.S.C. § 1681(e), 15 U.S.C. § 1681(i) and 15 U.S.C. § 1681(o).

Please govern yourself accordingly and correct Eduardo A. Pagazani's credit history, credit
report, or credit file as specified above.

Sincerely,

Rachel Bentley, Esq.
*Associate Attorney*
Rachel.Bentley@JKLawFL.com



**Jonathan Kline, P.A.**
**Attorneys at Law**





$6.48

US POSTAGE
FIRST-CLASS
062S0007259577
33331

7012 2920 0002 3462 8325

P.A. - Attorneys at Law
Park Drive, Weston, FL 33331
646  |  Fax: (954) 888-4647
:om

Equifax Information Solutions AKA
Equifax Information Services, LLC.
AKA Equifax Consumer Dispute
Center
P.O. Box 740256
Atlanta, GA. 30374-0256

---

**SENDER: COMPLETE THIS SECTION**

☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
☒ Print your name and address on the reverse so that we can return the card to you.
☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax Information Solutions
AKA Equifax Information
Services, LLC. AKA.
Equifax Consumer Dispute Center
P.O. Box 740256
Atlanta, GA. 30374-0256

2. Article Number
(Transfer from service label)        7012 2920 0002 3462 8325

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1840

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $  .48 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.48 |

Postmark
Here

Sent To
Equifax Consumer Dispute Center
Street, Apt. No.;
or PO Box No. P.O. Box 740256
City, State, ZIP+4 Atlanta, GA. 30374-0256

7012 2920 0002 3462 8325

# EXHIBIT C

EQUIFAX's August 21, 2014 correspondence to Plaintiff

082101336-FLT
JONATHAN KLINE PA                                                                    August 21, 2014
2761 Executive Park Dr
Weston FL 33331-3600

*JK14-042* (handwritten)

Re:
EDUARDO A PAGAZANI
2761 Executive Park Dr
Weston FL 33331-3600

Thank you for your correspondence regarding the above-mentioned client(s). We have been unable to locate the requested file in our database. In order to assist us, please provide a copy of one item in **EACH** of the categories below. In addition, please complete the below form. The item you choose in the Identification category **MUST** contain your client's Social Security number, and the item you choose in the Address category **MUST** contain your client's current mailing address.

### IDENTIFICATION (NAME OR SSN)

*Birth certificate or Marriage certificate with current name
*Pay stub with complete U.S. Social Security number
*W2 form with complete U.S. Social Security number
*Valid Social Security Card
   **Note**: A work permit only card is not valid proof of a SSN

### CURRENT ADDRESS

*Driver's license
*Rental/lease agreement/house deed
* Mortgage statement or bank statement
*Utility bill (i.e. gas, cable, residential telephone bill)

To ensure that your request is processed without delay, please enlarge photocopies of any items that contain small print (e.g. driver's license, W2 forms, etc.). If photocopies are not legible or contain highlighting, they may cause us to ask that you resubmit your request with more legible documents.

Please submit the requested information and this letter to the address below.

Equifax Information Services LLC
P.O. Box 105139
Atlanta, GA 30348

**(Please Print Clearly)**

_____
NAME

_____
CURRENT ADDRESS  (city, state, zip code)

_____
FORMER ADDRESS WITHIN THE LAST 5 YEARS  (city, state, zip code)

_____
SOCIAL SECURITY NUMBER

Thank you for the opportunity to assist you.

Equifax Information Services LLC

Equifax Information Services LLC
PO Box 105139
Atlanta, GA 30348-5069

August 21st, 2014



082101336-FLT
JONATHAN KLINE PA
2761 Executive Park Dr
Weston FL 33331-3600

RECEIVED
AUG 25 2014
BY:

FLT001336-IGG-082101336- 1210 -  8949 A S

082101299-FLT
JONATHAN KLINE PA ATTORNEYS AT LAW                                                    August 21, 2014
2761 Executive Park Dr
Weston FL 33331-3600
Attn:  RACHEL BENTLEY


Re:
EDUARDO A PAGAXANI
2761 Executive Park Dr
Weston FL 33331-3600


Thank you for your correspondence regarding the above-mentioned client(s).  We have been unable to locate the
requested file in our database.  In order to assist us, please provide a copy of one item in **EACH** of the categories
below.  In addition, please complete the below form.  The item you choose in the Identification category **MUST**
contain your client's Social Security number, and the item you choose in the **Address** category **MUST** contain your
client's current mailing address.

**IDENTIFICATION (NAME OR SSN)**                          **CURRENT ADDRESS**
*Birth certificate or Marriage certificate with current name      *Driver's license
*Pay stub with complete U.S. Social Security number         *Rental/lease agreement/house deed
*W2 form with complete U.S. Social Security number          * Mortgage statement or bank statement
*Valid Social Security Card                                 *Utility bill (i.e. gas, cable, residential telephone bill)
      **Note**: A work permit only card is not valid proof of a SSN

To ensure that your request is processed without delay, please enlarge photocopies of any items that contain small
print (e.g. driver's license, W2 forms, etc.).  If photocopies are not legible or contain highlighting, they may cause us
to ask that you resubmit your request with more legible documents.

Please submit the requested information and this letter to the address below.

Equifax Information Services LLC
P.O. Box 105139
Atlanta, GA 30348


**(Please Print Clearly)**

_____
NAME

_____
CURRENT ADDRESS  (city, state, zip code)

_____
FORMER ADDRESS WITHIN THE LAST 5 YEARS  (city, state, zip code)

_____
SOCIAL SECURITY NUMBER

Thank you for the opportunity to assist you.

Equifax Information Services LLC

Equifax Information Services LLC
PO Box 105139
Atlanta, GA 30348-5069

August 21st, 2014



082101299-FLT
JONATHAN KLINE PA ATTORNEYS AT LAW
2761 Executive Park Dr
Weston FL 33331-3600
Attn:  RACHEL BENTLEY

RECEIVED
AUG 2 5 2014

082101308-FL**T**
JONATHAN KLINE PA
2761 Executive Park Dr
Weston FL 33331-3600
Attn:  RACHEL BENTLEY

August 21, 2014

Re:
EDUARDO A PAGAZANI
2761 Executive Park Dr
Weston FL 33331-3600

Thank you for your correspondence regarding the above-mentioned client(s).  We have been unable to locate the requested file in our database.  In order to assist us, please provide a copy of one item in **EACH** of the categories below.  In addition, please complete the below form.  The item you choose in the Identification category **MUST** contain your client's Social Security number, and the item you choose in the Address category **MUST** contain your client's current mailing address.

### IDENTIFICATION (NAME OR SSN)

*Birth certificate or Marriage certificate with current name
*Pay stub with complete U.S. Social Security number
*W2 form with complete U.S. Social Security number
*Valid Social Security Card
    **Note**: A work permit only card is not valid proof of a SSN

### CURRENT ADDRESS

*Driver's license
*Rental/lease agreement/house deed
* Mortgage statement or bank statement
*Utility bill (i.e. gas, cable, residential telephone bill)

To ensure that your request is processed without delay, please enlarge photocopies of any items that contain small print (e.g. driver's license, W2 forms, etc.).  If photocopies are not legible or contain highlighting, they may cause us to ask that you resubmit your request with more legible documents.

Please submit the requested information and this letter to the address below.

Equifax Information Services LLC
P.O. Box 105139
Atlanta, GA 30348

**(Please Print Clearly)**

_____
NAME

_____
CURRENT ADDRESS  (city, state, zip code)

_____
FORMER ADDRESS WITHIN THE LAST 5 YEARS  (city, state, zip code)

_____
SOCIAL SECURITY NUMBER

Thank you for the opportunity to assist you.

Equifax Information Services LLC

FLT001308-IGE-082101308- 1182 -  8949 A S

Equifax Information Services LLC
PO Box 105139
Atlanta, GA 30348-5069

August 21st, 2014



082101308-FLT
JONATHAN KLINE PA
2761 Executive Park Dr
Weston FL 33331-3600
Attn:  RACHEL BENTLEY

RECEIVED
AUG 2 5 2014
BY:

FLT001308-IGE-082101308- 1182 -  8949 A S

082101291-FLT
JONATHAN KLINE ATTORNEYS AT LAW
2761 Executive Park Dr                                                    August 21, 2014
Weston FL 33331-3600
Attn:  RACHEL BENTLEY

Re:
EDUARDO A PAGAZANI
2761 Executive Park Dr
Weston FL 33331-3600

Thank you for your correspondence regarding the above-mentioned client(s).  We have been unable to locate the
requested file in our database.  In order to assist us, please provide a copy of one item in **EACH** of the categories
below.  In addition, please complete the below form.  The item you choose in the Identification category **MUST**
contain your client's Social Security number, and the item you choose in the Address category **MUST** contain your
client's current mailing address.

**IDENTIFICATION (NAME OR SSN)**                              **CURRENT ADDRESS**
*Birth certificate or Marriage certificate with current name    *Driver's license
*Pay stub with complete U.S. Social Security number            *Rental/lease agreement/house deed
*W2 form with complete U.S. Social Security number             * Mortgage statement or bank statement
*Valid Social Security Card                                    *Utility bill (i.e. gas, cable, residential telephone bill)
    **Note**: A work permit only card is not valid proof of a SSN

To ensure that your request is processed without delay, please enlarge photocopies of any items that contain small
print (e.g. driver's license, W2 forms, etc.).  If photocopies are not legible or contain highlighting, they may cause us
to ask that you resubmit your request with more legible documents.

Please submit the requested information and this letter to the address below.

Equifax Information Services LLC
P.O. Box 105139
Atlanta, GA 30348

**(Please Print Clearly)**

NAME
_____

CURRENT ADDRESS  (city, state, zip code)
_____

FORMER ADDRESS WITHIN THE LAST 5 YEARS  (city, state, zip code)
_____

SOCIAL SECURITY NUMBER

Thank you for the opportunity to assist you.

Equifax Information Services LLC

Equifax Information Services LLC                    August 21st, 2014
PO Box 105139
Atlanta, GA 30348-5069



082101291-FLT
JONATHAN KLINE ATTORNEYS AT LAW
2761 Executive Park Dr
Weston FL 33331-3600
Attn: RACHEL BENTLEY

RECEIVED

AUG 2 5 2014

# EXHIBIT D

Plaintiff's March 30, 2015 correspondence to EQUIFAX



# Jonathan Kline, P.A.
## Attorneys at Law

March 30, 2015

Equifax Information Services, LLC
Equifax Information Solutions
Equifax Consumer Dispute Center
P.O. Box 740256
Atlanta, GA 30374-0256

**SENT VIA CERTIFIED MAIL RETURN RECEIPT NO.: 7011 1150 0000 4297 5270**

Re:   Consumer:    Eduardo A. Pagazani
      Social Security:  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
      Date of Birth:   June 4, 1970
      Account(s):    BANK OF AMERICA██████9989XXXX
                      BANK OF AMERICA██████9715XXXX
                      BANK OF AMERICA██████9990XXXX

To Whom It May Concern:

This office represents Eduardo A. Pagazani.  We are writing to inform you that there is/are an inaccurate debt(s) listed on Eduardo Pagazani's credit report for the above stated account(s). Said listing(s) falsely represent that the account(s) set forth above were charged off as bad debt and/or placed for collection and/or skip.  This is adversely impacting my client's credit score. Eduardo Pagazani is merely an "Authorized Signer" for the above-mentioned account.  The above listed account(s) are not his and should not be reflected on his credit report.

The purpose of this letter is to not only to dispute the inaccurate information reflected on Mr. Pagazani's credit report or credit file, but to put you on notice that in posting this information you are in violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et. seq.  Specifically, you are in violation of 15 U.S.C. § 1681(e), 15 U.S.C. § 1681(i) and 15 U.S.C. § 1681(o).  If you do not comply with our request(s) and the above stated law, we may file a law suit against you to enforce our client's rights under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et. seq. and we will seek damages, attorneys' fees, and cost pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681 et. seq.

Please govern yourself accordingly and correct Eduardo A. Pagazani's credit history, credit report, and credit file as specified above.

Sincerely,

Garrett W. McIntyre, Esq.
*Associate Attorney*
Garrett.McIntyre@JKLawFL.com

# EXHIBIT E

U.S. Postal Proof of Mailing of Plaintiff's March 30, 2015
correspondence to EQUIFAX



UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

Jonathan Kline, P.A.
Attorney at Law
2761 Executive Park Drive
Weston, FL 33331
Ph: (954) 888-4646
www.JKLawFL.com

JK LAW.

6M
7114-0192

RECEIVED
APR 0 9 2015
by

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Equifax Information Services, LLC
Equifax Information Solutions
Equifax Consumer Dispute Center
P.O. Box 740256
Atlanta, GA 30374-0256

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  Equifax    ☐ Agent
              ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7011 1150 0000 4297 5270

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

# EXHIBIT F

EQUIFAX's April 9, 2015 correspondence to Plaintiff's counsel

040901218-FLT
JONATHAN KLINE PA ATTORNEY AT LAW
2761 Executive Park Dr
Weston FL 33331-3600
Attn: GARRETT W MCINTYRE

April 9, 2015

Re:

EDUARDO A PAGAZANI SR
3816 Tree Top Dr
Weston FL 33332-2146

Thank you for your correspondence regarding the above-mentioned client(s). Equifax has investigated the item(s) in question and the credit file(s) has been updated accordingly.

Your initial correspondence to Equifax did not include the current address(es) of your client(s). Therefore, an updated credit file(s) has not been sent to your client(s). If you would provide the name, current address, and Social Security number of your client(s), we will be happy to send an updated credit file(s).

Please return this form to:

Equifax Information Services LLC
P.O. Box 105139
Atlanta, GA 30348

**(Please Print Clearly)**

_____
NAME

_____
CURRENT ADDRESS (city, state, zip code)

_____
SOCIAL SECURITY NUMBER

Thank you for the opportunity to assist you.

**Equifax Information Services LLC**

FLT001218-IGE-040901218- 1107 - 14109 A S

# EXHIBIT G

Relevant pages of Plaintiff's
May 20, 2015 Merged Consumer Report

| | |
|---|---|
| *Date Opened* | 12/1/2012 |
| *Account Status* | Open |
| *Mo. Payment* | $533.00 |
| *Payment Status* | Current |
| *High Balance* | $0.00 |
| *Limit* | $0.00 |
| *Terms* | 39 Months |
| *Comments* | |

| Month | 2013 | | | | | | | | 2014 | | | | | | | | | | | | 2015 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Personal Information
Report Summary
Bankruptcies
Credit Inquiries
Credit Cards & Loans *Page 8 of 17*
Credit Score

EDUARDO A PAGAZANI
Report As Of: 5/20/2015



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

 There are no accounts on your credit report at this time.



| Experian | Equifax | TransUnion |
| --- | --- | --- |

24/Mo Payment History

## BANK OF AMERICA

 Potentially Negative Closed

**8004212110**
4060 OGLETOWN/STANTON RD
DE5-019-03-07
NEWARK, DE 19713

| | |
| --- | --- |
| *Account Name* | BANK OF AMERICA |
| *Account #* | 9990XXXX |
| *Account Type* | National Credit Card Cos. |
| *Balance* | $0.00 |
| *Past Due* | $0.00 |
| *Date Opened* | 1/1/2008 |
| *Account Status* | Closed |
| *Mo. Payment* | $0.00 |
| *Payment Status* | Bad debt & placed for collection & skip |
| *High Balance* | $0.00 |
| *Limit* | $0.00 |

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Terms* | | | | | | | | | | M | | | | | | | | | | | | | |
| *Comments* | | | | | | | | | | CHARGED OFF ACCOUNT | | | | | | | | | | | | | |

| | **2013** | | | | | | | | | | **2014** | | | | | | | | | | | **2015** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mont h | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR |
| Equif ax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Experian          Equifax          TransUnion

**24/Mo Payment History**

**BMW FINANCIAL SERVIC**

Current

8772683577
5550 BRITTON PKWY
PO#2071996
HILLIARD, OH 43026-7456

| | |
|---|---|
| *Account Name* | BMW FINANCIAL SERVIC |
| *Account #* | ▬▬▬ |
| *Account Type* | All Banks |
| *Balance* | $0.00 |
| *Past Due* | $0.00 |
| *Date Opened* | 1/1/2005 |

# EXHIBIT H

Affidavit of EDUARDO PAGAZANI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 0:15-cv-61467-BB

EDUARDO PAGAZANI,

       Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

       Defendants.

_____/

## <u>AFFIDAVIT OF EDUARDO PAGAZANI</u>

STATE OF FLORIDA      )
                       )SS:
COUNTY OF BROWARD  )

      BEFORE ME, the undersigned authority, personally appeared, EDUARDO PAGAZANI,

who being first being duly sworn under oath, deposes, testifies, and says:

      1.      I am over the age of eighteen and I have personal knowledge of the documents and

information set forth in Plaintiff's Opposition to Defendant's Motion for Summary Judgment and,

if called to do so, I could testify competently to these matters.

      2.      On or about January 1, 2008, Yoryeris Pagazani (*hereinafter* Mrs. Pagazani), my

wife, opened a Bank of America Master Card with the Account number XXXXXXX9990XXXX

and listed me, EDUARDO PAGAZANI, as an authorized signer on the account.

      3.      On or about March 23, 2005 and April 1, 2007 Mrs. Pagazani also opened two Bank

of America Credit Cards with account numbers XXXXXXXX9715XXXX and

XXXXXXX9989XXXX respectively.

4.     On or about March 31, 2014, I reviewed my credit report online and discovered that BANK OF AMERICA was wrongfully reporting Yoryeris Pagazani's above-mentioned Bank of America Accounts on my credit report. Specifically, I noted that EQUIFAX represented the accounts were "Bad debt & placed for collection & skip".

5.     On or about August 11, 2014, by and through my undersigned counsel, I disputed in writing, the information BANK OF AMERICA reported to EQUIFAX regarding the above mentioned accounts.

6.     On or about August 21, 2014 EQUIFAX responded to my counsel via a correspondence requesting a copy of documents showing Plaintiff's identification and social security number as well as a copy of a document showing Plaintiff's mailing address.

7.     On or about March 30, 2015, by and through undersigned counsel, I again disputed in writing, the information BANK OF AMERICA reported to EQUIFAX and included in the correspondence my name and social security number as requested by EQUIFAX's August 21, 2014 correspondence.

8.     On or about April 9, 2015 EQUIFAX responded to my March 30, 2015 correspondence once again requesting my name, current address, and Social Security number.

9.     On or about May 20, 2015, I once again reviewed my credit report online and discovered that EQUIFAX had removed the accounts  bearing account the account numbers XXXXXXXX9715XXXX and XXXXXXX9989XXXX but continued to wrongfully report Yoryeris Pagazani's January 1, 2008 Bank of America Account bearing account number XXXXXXX9990XXXX on my credit report.  The entry on my credit report from EQUIFAX continued to represent that the account was "Bad debt & placed for collection & skip".

10.     As a result of the Defendants' actions, I hired the undersigned counsel in order to force compliance with the Fair Credit Reporting Act and to seek other remedies available to me.

11.     As a result of the reporting of the credit accounts information in the applicable consumer reports, I suffered damage by loss of credit, loss of ability to purchase and benefit from credit, diminished credit reputation, decreased credit score, monetary losses relating to credit denials, loss of use of funds, and loss of credit and loan opportunities.

12.     As a result of the reporting of the credit information in the consumer reports, I also suffered mental and emotional pain, humiliation and embarrassment.

13.     I declare under penalty of perjury and under the law of the United States of America that the foregoing is true and correct to the best of my knowledge and information.

FURTHER AFFIANT SAYETH NOT.

Dated this ___8___ day of ___JANUARY___, 2016.

_____
**EDUARDO PAGAZANI**

STATE OF FLORIDA          )
COUNTY OF BROWARD    )

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in Broward County, Florida aforesaid to take acknowledgments, the foregoing instrument was acknowledged before me by EDUARDO PAGAZANI who has produced ___Drivers License.___ as identification.

WITNESS my hand and official seal in the County and State last aforesaid this ___8___ day of ___JANUARY___, 2016.

NOTARY PUBLIC
GLADYS M GONZALEZ-AGUIAR
MY COMMISSION #FF173812
EXPIRES November 4, 2018
(407) 398-0153     FloridaNotaryService.com

_____
Notary Public